# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-0470
_____

BYRON J. MCCLENDON,

    Petitioner,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS,

    Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.

March 19, 2025

PER CURIAM.

DISMISSED. *See Baker v. State*, 878 So. 2d 1236 (Fla. 2004).

LEWIS, WINOKUR, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Byron J. McClendon, pro se, Petitioner.

James Uthmeier, Attorney General, Tallahassee, for Respondent.